UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA  DIVISION

JACOBO ALONZO-LORENZO

Case No.  25-cv-2028

Plaintiff

VS.

Noem et al.

Judge EDWARDS

Magistrate Judge  PEREZ-MONTES

Defendant

**ORDER**

IT IS ORDERED that <u>Luis Angeles</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of Jacobo Alonzo-Lorenzo in the above described action.

SO ORDERED on this, the __16th__ day of __Dec.__, 20__25__.

_____

U.S. Magistrate Judge

JOSEPH H.L. PEREZ-MONTES