## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

JACOB ALONZO-LORENZO             CASE NO.  1:25-CV-2028 SEC P

VERSUS                           JUDGE EDWARDS

BRIAN ACUNA, ET AL               MAG. JUDGE PEREZ-MONTES

### ORDER

Before the Court is a Motion for Order to Show Cause (Doc. 7) filed by Petitioner Jacob Alonzo-Lorenzo.  Petitioner seeks an expedited response to his Petition for Writ of Habeas Corpus (Doc. 1).

IT IS ORDERED that the Motion (Doc. 7) is GRANTED.  A response must be filed within 21 days following the date of this Order.  Petitioner will have seven days thereafter within which to file a reply.

Because counsel for Respondents has not yet appeared, THE CLERK IS INSTRUCTED to email a copy of this Order to the Civil Chief of the United States Attorney's Office for the Western District of Louisiana and grant her access to the restricted pleadings.

ALEXANDRIA, LOUISIANA, this 29th day of January, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE