## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

JACOBO ALONZO-LORENZO                    CIVIL ACTION NO.  25-2028 SEC P

VERSUS                                   JUDGE EDWARDS

KRISTI NOEM ET AL                        MAG. JUDGE PEREZ-MONTES

## ORDER

Considering Petitioner's Unopposed Motion to Transfer Venue (R. Doc. 12),

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Petition for Habeas Corpus is hereby

**TRANSFERRED** to the United States District Court for the Southern District of

Texas in the above-described action.

**THUS DONE AND SIGNED** in Chambers this 5th day of May, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE